## PILGRIM v. STATE.
### No. 24747.

Court of Criminal Appeals of Texas.
April 26, 1950.

None on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction by a jury on a charge of driving a motor vehicle upon a public highway while intoxicated. The fine assessed was $50.

The record is before us without statement of facts or bills of exception. The proceedings appear to be regular in every respect. Nothing is presented for review.

The judgment of the trial court is affirmed.

## THOMASON v. STATE.
### No. 24748.

Court of Criminal Appeals of Texas.
April 26, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted by a jury of failing to stop and render aid after an automobile collision in which a person was injured and by the jury awarded a fine of $300.00 and nine months in jail, and he appeals.

There is no statement of facts nor bills of exception in the record. All matters of procedure appear regular herein.

The judgment is affirmed.